# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Angel Bartlett
500 N. Edwards St
Kalamazoo MI 49007

Plaintiff(s),

v

Allegan Courts
Margaret Bakker
Allegan Police

Defendant(s).

Case No.
Honorable

1:18-cv-183

Janet T. Neff
U.S. District Judge

## Complaint

Illegal PPO. they never served me. I have the entire file submitted as a review process but this adds to it. The case is at the 6th circuit 18-1038 I just need to prosecute for their actions. This was wrongful, they over charged me causing damages.

Angel Bartlett
500 N. Edwards St
Kalamazoo MI 49007

Allegan

1

Angel Bartlett

VS

Allegan County Courts Margaret Bakker

Allegan Sheriff Dept. Frank Baker,

Mike Larson, Ben Haas, Tony Saucedo,

Scott Matice, Phil Arnsmans, Ect all others involved.

Date: 02/20/2018

The enclosed Planned Parenthood medical record shows a number of things that need to be noted. One is I have been accused of being a prostitute for many years by the State and the police. I do not have any diseases no HIV or HPV NOTHING AT ALL. It shows I am not pregnant. The loss of a period and ovarian failure is due to the excessive wrongful charges of this and also the Illegal PPO and Child abuse that I still have NO charges on file as far as I know. I have been fried, radiated so severely I have premature ovarian failure. The records show proof I went to the doctors after I have not had a period since fall when I got the Illegal PPO and the other false reports and allegations.

The records have the hormone check Prolactin which is made by the Ovaries. The level of prolactin is 1. Post-menopausal woman have a Prolactin level of 2-20. MY prolactin level is below a post-menopausal female at 1. I am 39 years old. Menopause is usually around 50. This means that I have had severe radiation and my ovaries have shut down. What other organs have damage? I am unsure. I guess I won't know until they start shutting down. This is wrongful. I am not guilty of any crime. Why would I be getting executed? The system has failed me in every attempt

2

to amend. I am certain the illegal PPO which is another attempt to keep me from my kids had to do with the severe organ failure. If I knew about the PPO and knew where I was at this would not have happen. Also the same for the Probate. If I knew I had probate orders and I was held by probate I would have been able to address the issues instead of just calling the police and know understanding why I was under attack and no one doing anything about it. All again due to the paranoia of Lorrain Pope. THEY MADE HER PARANOID. Lorrain Pope was paranoid and said I was or might steal the kids from school. That is a wrongful allegation and it would put allegations of kidnapping on me which puts me down to a severe degree. This is all attempted murder. I would never harm my kids.

I would have not went out to Allegan County but I was trying to amend the case and also the State of MI case was in progress. They ordered me to give her the files for court. I was not sending files that were not in court. I also did not have trust in Margaret Bakker and the courts. They make the mail disappear and make sure during these cases it don't make it to the party. I was FED that if Lorrain Pope ended up dead due to her BLOOD DISORDER that Howard Pope told me she had "to my face" that I would be held liable. They may be trying her and I against each other and if they put a block against us then do the harm to both then we would both not know. I thought this was Phillip Strickland, the court DEA and the FBI. "I have since filed a civil suit on the DEA and FBI" The facts is if Howard never said she was not well I would not have tried to make sure she got the files from the court process.

3

In a few words I was trying to tell her what was going on and I was not mad at her anymore and it was bad people. They used compassion to protect her as I always would to set me up to use it against me to keep my kids "DIRTY" and attempt to kill me AGAIN. That is why we all will be in court until it is resolved.

I am not going to harm my mom or my kids ever they are and they need to pay for what they have done to my life. I want them to be prosecuted for their actions. They are wrongful in their attempts to keep my kids. They have done too much damage to just let it go. They have placed me under with Blood actions and they hold my stomach in and this causes severe damage to my organs as well. They do actions and try to make me go to Community Mental health and then they also do actions for them. I am not guilty of a crime I am trying to get them out of my life and get my life straightened out yet all they do is constantly set me up for more issues just to keep me down. I believe it is a hate crime. Them placing me under for being a blood or sex addict also needs to be charged. This is Section 750.543M for making a false report of terrorist account when your not a terrorist. Why else would I be tortured in the way that I have been and almost executed? The child abuse I have NO Charges on file even when I go to the court house I have nothing on file which means I am not a child abuser.

Angel Bartlett